CHARLES FRANK AND WOODBRIDGE MONUMENT WORKS, PLAINTIFFS-APPELLANTS, v. GEORGE F. KUGLER, JR., ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, AND NEW JERSEY CEMETERY BOARD AND CLOVER LEAF CEMETERY, DEFENDANTS-RESPONDENTS, AND ROCKY HILL CEMETERY ASSOCIATION, A DEFENDANT JOINED BUT NEVER SERVED.

Superior Court of New Jersey
Appellate Division

Submitted December 18, 1973—Decided January 25, 1974.

Before Judges KOLOVSKY, FRITZ and CRANE.

*Mr. Paul R. Williams, Jr.,* attorney for appellants.

*Mr. George F. Kugler, Jr.,* Attorney General, attorney for respondents George F. Kugler, Jr., Attorney General of the State of New Jersey, and New Jersey Cemetery Board.

*Messrs. Foley and Gazi,* attorneys for respondent Clover Leaf Park Cemetery Association.

*Messrs. Jamieson, Walsh, McCardell, Moore & Peskin* filed a brief *amicus curiae* for New Jersey Cemetery Association, Inc.

PER CURIAM. The judgment is affirmed essentially for the reasons set forth by Judge Furman in his opinion which is reported in 121 *N. J. Super.* 589 (Ch. Div. 1972).